DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MORGANSTEIN,**
Petitioner,

v.

**STATE OF FLORIDA, DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES, DIVISION OF DRIVER LICENSES, BUREAU OF ADMINISTRATIVE REVIEWS,**
Respondent.

No. 4D21-1876

[September 15, 2021]

Petition for writ of certiorari to the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James L. Martz, August A. Bonavita, and Renatha S. Francis, Judges; L.T. Case No. 50-2020-CA-000464-XXXX-MB.

Heather Rose Cramer, Palm Beach Gardens, for petitioner.

No response filed for respondent.

PER CURIAM.

Petitioner seeks second-tier certiorari review of a circuit court order quashing his license suspension and remanding for a further hearing. As we did in *Cordaro v. Department of Highway Safety & Motor Vehicles*, No. 4D21-1766, 2021 WL 3744415 (Fla. 4th DCA Aug. 25, 2021), we deny the petition and certify conflict with *McLaughlin v. Department of Highway Safety & Motor Vehicles*, 128 So. 3d 815 (Fla. 2d DCA 2012).

*Petition denied. Conflict certified.*

CONNER, C.J., WARNER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***